UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAZMA MEKELLE PARKER,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and NAVY FEDERAL CREDIT UNION,<br><br>Defendants. | CASE NO. 1:24-cv-04273-JPB-JCF |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC.

COMES NOW Plaintiff, JAZMA MEKELLE PARKER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 10th day of October 2024.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066

1

                                              The Consumer Lawyers PLLC
                                              501 E. Kennedy Blvd, Suite 610
                                              Tampa, FL 33602
                                              Cell: (813) 299-8537
                                              Facsimile: (844) 951-3933
                                              Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 10th day of October 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                              **/s/ Octavio Gomez**
                                              Octavio "Tav" Gomez
                                              Florida Bar No.: 0338620
                                              The Consumer Lawyers
                                              *Attorney for Plaintiff*