# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAZMA MEKELLE PARKER,<br><br>    Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and NAVY FEDERAL CREDIT UNION,<br><br>    Defendants. | CASE NO. 1:24-cv-04273-JPB-JCF |

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC

COMES NOW Plaintiff, JAZMA MEKELLE PARKER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 16th day of October 2024.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC

1

                                        501 E. Kennedy Blvd, Suite 610
                                        Tampa, FL 33602
                                        Cell: (813) 299-8537
                                        Facsimile: (844) 951-3933
                                        Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 16th day of October 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                        **/s/ Octavio Gomez**
                                        Octavio "Tav" Gomez
                                        Georgia Bar No.: 617963
                                        The Consumer Lawyers
                                        *Attorney for Plaintiff*