**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JAZMA MEKELLE PARKER,

  Plaintiff,

v.

                        CASE NO.: 1:24-cv-04273-JPB-JCF

EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and NAVY FEDERAL CREDIT UNION,

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, NAVY FEDERAL CREDIT UNION

COMES NOW Plaintiff, JAZMA MEKELLE PARKER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, NAVY FEDERAL CREDIT UNION, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

1

Dated this 19th day of February, 2025.

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Florida Bar #:0338620
>Georgia Bar #: 617963
>Pennsylvania #: 325066
>The Consumer Lawyers PLLC
>501 E. Kennedy Blvd., Ste 610
>Tampa, FL 33602
>Cell: (813)299-8537
>Facsimile: (844)951-3933
>Tav@theconsumerlawyers.com
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 19th day of February, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>**/s/Octavio Gomez**
>Octavio "Tav" Gomez
>Georgia Bar #: 617963
>The Consumer Lawyers, PLLC
>*Attorney for Plaintiff*